UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOROTHY HOISINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GC SERVICES, LP,<br><br>　　　　　　Defendants. | NO. CV-08-166-EFS<br><br>**ORDER DISMISSING CASE** |

Before the Court, without oral argument, are Plaintiff Dorothy Hoisington's Notice of Settlement (ECF No. 5) and Notice of Dismissal with Prejudice (ECF No. 6), filed in July 2008, which advise the Court that the above-caption matter has been settled and may be dismissed with prejudice. Based on these documents and pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

　　1. The Complaint **(ECF No. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

　　2. All pending trial and hearing dates are **STRICKEN;**

　　3. All pending motions are **DENIED AS MOOT**; and

　　4. This file shall be **CLOSED.**

　　**IT IS SO ORDERED.** The District Court Executive is directed to enter

/

ORDER * 1

1 this Order and forward a copy to Plaintiff.

2      **DATED** this ___27th_____ day of April 2011.

3

4                                 S/ Edward F. Shea
                                      EDWARD F. SHEA

5                           United States District Judge

6

Q:\Civil\2008\166.Vol.Dismiss.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2